# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff/Counter Defendant,<br><br>vs.<br><br>R&R CHRISTO CONSTRUCTION, LLC,<br><br>      Defendant/Counter Claimant,<br><br>and<br><br>NEW MODERN CONCEPTS, INC.,<br><br>      Defendant. | 4:19CV3019<br><br>ORDER |

Pursuant to the notice of settlement ([Filing No. 30](#)) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **February 18, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 16th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge